James W. Hunt – SBN 122582
Christopher S. Hickey – SBN 198938
Mark R. Irvine – SBN 137294
Paul M. Tyson – SBN 294689
**FITZPATRICK & HUNT,**
**TUCKER, COLLIER, PAGANO, AUBERT, LLP**
633 West Fifth Street, 60th Floor
Los Angeles, CA 90071
Tel.:  (213) 873-2100
Fax:  (213) 873-2125
james.hunt@fitzhunt.com
christopher.hickey@fitzhunt.com
mark.irvine@fitzhunt.com
paul.tyson@fitzhunt.com

Attorneys for Defendants
Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Maintenance

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CARPENTER, etc., et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SIKORSKY AIRCRAFT CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 2:14-cv-07793-JAK (AJWx)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION FOR PROTECTIVE ORDER**<br><br>Judge: Hon. John A. Kronstadt<br>Magistrate: Hon. Andrew J. Wistrich |

　　　WHEREAS, discovery in this action will likely involve production and disclosure of certain documents and information pertaining to the parties' commercially sensitive or private information, which require protection from public disclosure;

　　　WHEREAS the parties desire to litigate this action without jeopardizing their commercially sensitive or private information, or the commercially sensitive or private information of any third party;

1  WHEREAS, the parties met and conferred regarding the terms of a proposed protective order;

2  WHEREAS, Exhibit A is a Modified Standing Protective Order For Cases Assigned To Judge John A. Kronstadt;

3  WHEREAS, the parties stipulate, and propose to adopt Exhibit A as the operative protective order in this matter;

4  WHEREAS, the parties attach Exhibit B, a redline version reflecting proposed modifications to Judge Kronstadt's Standing Protective Order;

5  IT IS THEREFORE AGREED, STIPULATED, AND REQUESTED by and among the parties, through their respective attorneys of record, that for good cause shown, Exhibit A as the operative protective order governing this matter.

IT IS SO ORDERED this 22nd day of January, 2015.

_____
The Honorable Andrew J. Wistrich
United States Magistrate Judge

Respectfully Submitted,

Dated: January 20, 2015

James W. Hunt
Mark R. Ivine
FITZPATRICK & HUNT, TUCKER, COLLIER, PAGANO, AUBERT, LLP

By: /s/ *Mark R. Irvine*
    Mark R. Irvine
    **Attorneys for Defendants Sikorsky Aircraft Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Maintenance**

Dated:  January 20, 2015         Ronald L.M. Goldman
                                 Timothy A. Loranger
                                 Baum Hedlund Aristei & Goldman, P.C.


                                 By:   */s/ Timothy A. Loranger*
                                       Timothy A. Loranger
                                       **Counsel for Plaintiffs**

Dated:   January 20, 2015        Patrick J. Kearns
                                 William J. Katt
                                 Wilson Elser Moskowitz Edelman
                                  & Dicker LLP


                                 By:   */s/ Patrick J. Kearns*
                                       Patrick J. Kearns
                                       **Counsel for Defendant CUBIC
                                       DEFENSE APPLICATIONS**

Dated:   January 20, 2015        Mack H. Schultz (admitted pro hac vice)
                                 Perkins Coie, LLP


                                 By:   */s/ Mack H. Schultz*
                                       Mack H. Schultz
                                       **Counsel for Defendants, BAE Systems,
                                       Inc.; BAE Systems Simula, Inc.; and
                                       BAE Systems Aerospace & Defense
                                       Group, Inc.**

///

///

///

1 ///
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:   January 20, 2015

Steven E. Young
Carol Chow
Freeman, Freeman & Smiley, LLP


By:   */s/ Steven E. Young*
       Steven E. Young
       **Counsel for Defendant Prototype Engineering and Manufacturing, Inc.**


Attestation:

Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed above concur in the filing's content and have authorized the filing.

FITZPATRICK & HUNT,
TUCKER, COLLIER, PAGANO, AUBERT, LLP


By:/s/ *Mark R. Irvine*
       Mark R. Irvine
       **Attorneys for Defendants Sikorsky Aircraft  Corporation; Sikorsky Support Services, Inc. dba Sikorsky Aerospace Maintenance**