| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | James R. Brauchle, Esq.<br>Motley Rice LLC<br>28 Bridgeside Blvd.<br>Mt. Pleasant, SC 29464<br>Telephone: (843) 216-9000<br>Facsimile: (843) 216-9450<br><br>Attorneys for Plaintiff<br>COLETTE CARPENTER, ET AL. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| COLETTE CARPENTER, et al.<br>Plaintiff(s)<br>v.<br>PROTOTYPE ENGINEERING AND MANUFACTURING, INC., et al.<br>Defendant(s). | CASE NUMBER<br>2:14-cv-07793-JAK<br><br>**STIPULATION REGARDING POST-JUDGMENT MOTIONS AND APPEALS (EACH PARTY TO BEAR ITS OWN ATTORNEY FEES AND COSTS)**<br><br>Honorable Judge John A. Kronstadt<br>Honorable Magistrate Judge Andrew J. Wistrich<br><br>Complaint Filed: October 8, 2014<br><br>Trial Date: July 11, 2023<br>Verdict: July 19, 2023 |

Stipulation Regarding Post-Judgment motions and Appeals (Each Party To Bear Its Own Attorney Fees and Costs

286060156v.1

# STIPULATION REGARDING POST-JUDGMENT MOTIONS AND APPEALS (EACH PARTY TO BEAR ITS OWN ATTORNEY FEES AND COSTS)

Plaintiffs Jon Ternstrom and Maria Ternstrom ("Plaintiffs") and Defendant Cubic Defense Applications, Inc. ("Defendant" or "Cubic"), by and through their respective counsel, hereby stipulate and agree to the following:

1. On July 19, 2023, the jury returned a verdict in favor of Cubic, and the clerk entered judgment on the same day July 19, 2023. (Dkt 322, 337).

2. Plaintiffs have until August 18, 2023, to file their Notice of Appeal.

3. The Parties have reached an agreement to resolve this matter fully and finally without further litigation of any issues. Specifically, Plaintiffs have agreed to forego any post-trial motions or appeals of the jury verdict, judgment, and orders entered in this case, and Cubic has agreed to waive its right to attorney's fees and costs.

/ / /

/ / /

/ / /

4. Accordingly, Plaintiffs and Cubic, by and through their counsel of record, hereby stipulate and agree that all issues between them arising out of this litigation are hereby fully and finally resolved; Plaintiffs will not challenge the verdict or file any post-trial motions or appeals with respect to the jury verdict, judgment, and/or orders entered in this case and both sides will bear their own costs and fees.

DATED: August 18, 2023         Respectfully submitted,

                                              MOTLEY RICE LLC

                                              *s/ James R. Brauchle*
                                              JAMES R. BRAUCHLE
                                              Attorney for Plaintiffs

DATED: August 18, 2023         Respectfully submitted,

                                              Wilson, Elser, Moskowitz,
                                              Edelman & Dicker, LLP

                                              */s/ Patrick J Kearns*
                                              Patrick J. Kearns, Esq.
                                              Sarena L. Kustic, Esq.
                                              Attorneys for Defendant,
                                              CUBIC DEFENSE
                                              APPLICATIONS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed and served this 18th day of August 2023, using this Court's CM/ECF filing system which will electronically transmit a copy to all counsel of record.

Dated: August 18, 2023

                                          Respectfully Submitted,

                                          *s/ James R. Brauchle*
                                          MOTLEY RICE LLC
                                          James R. Brauchle, Esq.
                                          jbrauchle@motleyrice.com
                                          Mt. Pleasant, SC  29464
                                          Telephone: (843) 216-9000
                                          Facsimile: (843) 216-9450