# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLETTE CARPENTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SIKORSKY AIRCRAFT CORPORATION, et al.,<br><br>Defendants. | No. 2:14-cv-07793-JAK (AJWx)<br><br>**JUDGMENT**<br><br>**JS-6** |

This action came before the Court for trial beginning July 11, 2023, and continuing until July 19, 2023, before a duly impaneled and sworn jury. The parties to the action are Plaintiffs Jon Ternstrom and Maria Ternstrom ("Plaintiffs) and Defendant Cubic Defense Applications, Inc. ("Defendant"). At the conclusion of trial, the jury returned a unanimous verdict in favor of Defendant and against Plaintiffs. The verdict was accepted by the Court and accordingly filed by the Clerk. On August 18, 2023, the Parties filed a stipulation in which Plaintiffs forfeited their rights to appeal and each party agreed to be responsible for its own costs and fees.

Therefore, **JUDGMENT IS HEREBY ENTERED** as follows:

Judgment is entered in in favor of Defendant Cubic Defense Applications, Inc. and against Plaintiff. The Complaint filed by Plaintiffs Jon Ternstrom and Maria

Ternstrom is dismissed with prejudice and each party is responsible for its own fees and costs.

**IT IS SO ORDERED.**

Dated: __October 10, 2023_____       _____
John A. Kronstadt
United States District Judge

i

CERTIFICATE OF SERVICE

2:14-cv-07793-JAK-AJW

287534369v.1
287534369v.1